TEXAS COURT FEE/CHARGE OWED:

MEDICAL CO-PAY OWED: .00
FEDERAL COURT FEE OWED: .00

INDIGENT SUP. OWED: 1.01

OTHER HOLD AMOUNT .00

LOCATION: DORM H
NAME: COFFMAN, CLYDE EUGENE
ACCOUNT NUMBER: 00444590
DATE: 06/30/17

UNIT: 002
HM

| | ITEM/DESCRIPTION | WITHDRAWALS | BEGINNING BALANCE: | DEPOSITS | BALANCE |
|---|---|---|---|---|---|
| | | | | | .00 |
| AB 000000 000052 | POSTAGE | .00 | | | .00 |
| CM 000000 000000 | | .00 | | | .00 |
| CM | | .00 | | | .00 |
| AB 000000 000049 | POSTAGE | .00 | | | .00 |
| CM | | | | | |