UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLYDE E. SOPHUS, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2619 |
| | § | |
| BRYAN COLLIER, *et al*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's *Memorandum and Order* of even date, this case is DISMISSED without prejudice. No certificate of appealability shall issue.

This is a FINAL JUDGMENT.

SIGNED on this 26th day of March, 2018.

_____
Kenneth M. Hoyt
United States District Judge